People v Levulis (2026 NY Slip Op 01673)

People v Levulis

2026 NY Slip Op 01673

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., MONTOUR, SMITH, OGDEN, AND DELCONTE, JJ.

174 KA 24-00630

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
vCHARLES LEVULIS, DEFENDANT-APPELLANT. 

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (AXELLE LECOMTE MATHEWSON OF COUNSEL), FOR DEFENDANT-APPELLANT.
MICHAEL J. KEANE, DISTRICT ATTORNEY, BUFFALO (PAUL J. WILLIAMS, III, OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Erie County Court (James F. Bargnesi, J.), rendered September 19, 2023. The judgment convicted defendant upon his plea of guilty of assault in the first degree and criminal possession of a weapon in the second degree (two counts). 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of assault in the first degree (Penal Law § 120.10 [1]) and two counts of criminal possession of a weapon in the second degree (§ 265.03 [3]). Contrary to defendant's contention, we conclude on this record that defendant's waiver of the right to appeal was knowing, voluntary, and intelligent (see People v Zukic, 240 AD3d 1192, 1193 [4th Dept 2025], lv denied 44 NY3d 995 [2025]; People v Vandusen, 235 AD3d 1254, 1254-1255 [4th Dept 2025], lv denied 43 NY3d 966 [2025]; see generally People v Thomas, 34 NY3d 545, 563 [2019], cert denied 589 US 1302 [2020]), and the valid waiver forecloses defendant's challenge to the severity of the sentence (see People v Lopez, 6 NY3d 248, 256 [2006]).
Entered: March 20, 2026
Ann Dillon Flynn
Clerk of the Court